UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

GABRIEL GONZALEZ GILLIS,

      Plaintiff,                                      Case No. 24-cv-12079
                                                  Hon. Matthew F. Leitman

v.

SECRETARY OF US DEPARTMENT
OF STATE, Antony J. Blinken,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                    s/Matthew F. Leitman
                                                    MATTHEW F. LEITMAN
                                                    UNITED STATES DISTRICT JUDGE

Dated:  December 10, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on December 10, 2024, by electronic means and/or ordinary mail.

                                                    s/Holly A. Ryan
                                                    Case Manager
                                                    (313) 234-5126